# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** February 11, 2021

**CASE OF:** IN RE: AMENDMENTS TO THE FLORIDA RULES OF APPELLATE PROCEDURE - 2020 REGULAR-CYCLE REPORT

**DOCKET NO.:** SC20-216          **OPINION FILED:** October 29, 2020

**ATTENTION:  ALL PUBLISHERS**

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On page 20, in rule 9.130(a)(3)(C), subdivision (ix), comprising the third and fourth lines up from the bottom of the page, has been changed as follows:

 "(ix)  that, as a matter of law, a party is not entitled to immunity under section 768.29(9), Florida Statutes;"

has been corrected to read:

 "(ix)  that, as a matter of law, a settlement agreement is unenforceable, is set aside, or never existed; or"

**SIGNED:  OPINION CLERK**